1   ERIC A. BERG (#121195)
    SAMUEL C. WILLIAMS, of counsel (#310420)
2   The Law Offices of Eric Alan Berg & Associates, Inc.
    5000 Bechelli Lane, Suite 201
3   Redding, CA 96002
    (530) 223-5100 / (530) 223-5200
4
    Attorneys for Plaintiff,
5   Ronald Evans

6

7                  IN THE UNITED STATES DISTRICT COURT
        IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9   RONALD EVANS,                        )    Case Number:
                                         )
10          Plaintiff,                   )    Complaint for Deprivation of Rights
                                         )    Under Color of State Law [42 U.S.C.S
11  vs                                   )    §1983; Monell]
                                         )
12  COUNTY OF TRINITY, a municipal       )    **Demand for Jury Trial**
    corporation;                         )
13  COLLEEN MURRAY, and                  )
    DOES 1-10;                           )
14                                       )
           Defendants.                   )
15  _____     )
                                         )
16

## A.  Jurisdiction

17  1.      This court has jurisdiction under 28 U.S.C.S. §1343 to hear the constitutional claims

18  raised herein.

19

20

## B.  Venue

21  2.      The claims alleged herein arose in Trinity County, State of California. Trinity County is

22  within the Eastern District of California. Therefore venue for this case properly lies in the United

23  Stated District Court for the Eastern District of California pursuant to 28 USCS §1390.

24  3.      This court is the proper venue pursuant to 28 USCS 1391 (b)(1) because the Plaintiffs are

25  informed and believe that all defendants reside in Trinity County. Defendants Trinity County and

26

27          *Ronald Evan's Complaint for Civil Rights Violations*
28                                      1

1   Trinity County Sheriff are Trinity County entities.

2   4.      This court is the proper venue pursuant to 28 USCS 1391 (b)(2) because all or a

3   substantial part of the events or omissions giving rise to the claim occurred, and all of the

4   property that is the subject of the action is situated within Trinity County.

5

6   **C. Preliminary Statement**

7   5.      Here, the plaintiff was arrested when ten (10) pounds of medical marijuana that was

8   found in his car and confiscated.

9   6.      Plaintiff plead guilty to an unrelated violation of the vehicle code.

10  7.      Plaintiff established that he lawfully possessed the marijuana under California's medical

11  marijuana laws.

12  8.      On January 24, 2017, the Trinity County Superior Court ordered that Mr. Evans'

13  marijuana be returned to him.

14  9.      When the plaintiff attempted to get his marijuana back, the evidence technician told him

15  that the marijuana would not be returned, regardless of the order of the superior court.

16  10.     In pursuance of the power conferred by the Constitution, the State of California has

17  created a judicial branch of state government.

18  11.     Due process of law requires that other branches of state government give deference

19  to decisions of State judges where those judges have proper jurisdiction.

20  12.     Determination of the rights of medical marijuana patients to possess marijuana in a

21  county is within the jurisdiction of the California Superior Court of the county where the

22  marijuana is possessed.

23  13.     Every one connected with the refusal to return the marijuana pursuant to the proper order

24  of the state judge is a public servant of the State of California amenable to the jurisdiction which

25  the state has created for their government,

26  14.     The force and power of the Superior Court is a vital principle, underlying the whole

27

28

*Ronald Evan's Complaint for Civil Rights Violations*
2

1 administration of our current form of government.

2 15.    Plaintiff brings this action to compel the return of his property or for damages in money.

3

4 **D. Parties**

5 16.    Plaintiff, Ronald Evans, is a natural citizen of the United States and Trinity County.

6 17.    Defendant, COUNTY OF TRINITY, at all times material to the events complained of

7 herein, was a municipal corporation within the State of California.

8 18.    Defendant TRINITY COUNTY SHERIFF'S OFFICE, at all times material to the events

9 complained of herein, is a police agency of the County of Trinity charged generally with

10 enforcement of local health and safety. The TRINITY COUNTY SHERIFF'S OFFICE is sued

11 herein as a public entity.

12 19.    Defendant Colleen Murray, at all times material to the events complained of herein, is a

13 Deputy District Attorney employed by the Trinity County District Attorney's Office.

14 20.    At all times material to the events complained of herein, every defendant, and each of

15 them, was an agent of each of the other Defendants named herein.

16 21.    At all times herein mentioned, each of the Defendants were the agents/or employees of

17 each of the remaining Defendants and in doing the things mentioned herein were acting within

18 the scope of said agency and/or employment.

19 22.    At all times herein mentioned, California Government Code Section 815.2(a) provided:

20 "A public entity is liable for injury proximately caused by an act or omission of an employee of

21 the public entity within the scope of his employment if the act or omission would, apart from this

22 section, have given rise to a cause of action against that employee or his personal representative."

23 The conduct of the individual defendants hereinafter alleged occurred while they were on duty in

24 and during the course and scope of their normal duties and functions and while they were acting

25 as agents, officers, servants and/or employees of Defendant COUNTY OF SHASTA. As a

26 result, COUNTY OF SHASTA is therefore vicariously liable for the acts and/or omissions of the

27

28

1  individual Defendants herein.

2  23.    DOES 1-10 are parties whose identities are not known to the defendant at the time of
3  filing this complaint.

4  **E. Factual Allegations**

5  24.    Trinity County Superior Court Judge Elizabeth W. Johnson ordered that 10 pounds of
6  marijuana be returned to Ronald Evans, the plaintiff in this action, in the minute order of court
7  proceedings held on January 24, 2017. A true and correct copy of that order is attached hereto as
8  Exhibit A.

9  25.    On January 24, 2017, Plaintiff, Ronald Evans, signed an Order Granting Probation that
10  ordered, inter alia, "Return confiscated marijuana (10 pounds) to defendant." The Order
11  directing the return of the medical marijuana was signed by Judge Elizabeth W. Johnson.

12  26.    Defendant, Deputy District Attorney Colleen Murray was present when the court ordered
13  the return of the plaintiff's property.

14  27.    Plaintiff is informed and believes that Defendant, Deputy District Attorney Colleen
15  Murray, spoke with the Trinity County Sheriff's Office after Judge Johnson ordered the
16  plaintiff's property returned.

17  28.    After the being present while the court ordered the return of the plaintiff's property, and
18  after the discussion with the sheriff referred to in the previous paragraphs, Defendant, Deputy
19  District Attorney Colleen Murray, told the plaintiff that his property would not be returned to
20  him.

21  29.    Plaintiff then informed to the evidence technician that had physical control of the
22  plaintiff's property that the judge ordered the return of his marijuana.

23  30.    The evidence technician informed Mr. Evans that despite the order of the court, his
24  marijuana would not be returned.

25  31.    The sheriff's office, by and through the evidence technician, informed Mr. Evans that
26  despite the order of the court, his marijuana would not be returned.

27

28

32.     Defendant(s) sued herein in their individual capacity did the things herein alleged maliciously and oppressively.

33.     Plaintiffs are therefore entitled to compensatory damages calculated at the current commercial rate for high grade marijuana at retail dispensaries.

34.     Plaintiff is also entitled to exemplary and punitive damages.

**F. Causes of Action**

> **FIRST CAUSE OF ACTION– Deprivation of Rights Under Color of State Law [42 U.S.C.S. §1983]**

35.     Plaintiffs incorporate by reference herein paragraphs 1-30 as though fully set forth herein.

36.     Plaintiff is a citizen of the United States and was, at all times relevant to the acts complained of, within the jurisdiction of the United States.

37.     Defendants, and each of them, performed the acts complained of herein under color of statute, ordinance, regulation, custom, or usage of the State of California and County of Trinity.

38.     Defendants, and each of them  subjected the plaintiff, or caused him to be subjected, to the deprivation of rights, privileges, or immunities secured by the Constitution and laws when they unreasonably seized his property in violation of the Fourth Amendment to the United States Constitution, took his property without compensation in violation of the Fifth Amendment to the United States Constitution, and deprived him of his property without due process of law in violation of the Fifth and Fourteenth Amendments to the United States Constitution.

39.     As a direct and proximate result of defendants' actions, and each of them, described in this complaint, plaintiff has suffered injury, loss, and damage, including pain, suffering, and deprivation of his property.

40.     As a result of defendants' conduct, described in this complaint, plaintiffs incurred medical expenses in that he must now buy the medicine that was growing for himself.

41.     In acting as alleged in this complaint, defendants acted knowingly, willfully, and

1    maliciously, and with reckless and callous disregard for plaintiffs' federally protected rights.

2    42.    Defendants, and each of them, violated the federal rights of the plaintiffs, and not merely

3    federal law, when they:

4          a.    unreasonably seized and detained the plaintiff's property in violation of judge's

5                order, constituting an unreasonable seizure under the Fourth Amendment to the

6                United States Constitution,

7          b.    deprived the plaintiff of his property in despite the court's order for its return, thus

8                depriving the plaintiff of the due process of our laws, in violation of the Fifth

9                Amendment to the United States Constitution, as incorporated and enforced

10               against states under the Fourteenth Amendment to the United States Constitution;

11         c.    deprived the plaintiff of his property in despite the court's order for its return, thus

12               depriving the plaintiff of the due process of our laws, as independently required by

13               the Fourteenth Amendment of the United States Constitution.

14   43.    As a result of defendants' conduct, described in this complaint, plaintiffs incurred

15   property damage of $64,000.00.

16                     **Second Cause of Action-- [42 U.S.C.S. §1983; Monell]**

17   44.    Plaintiff incorporates by reference herein paragraphs 1-43 as though fully set forth herein.

18   45.    Defendant COUNTY OF TRINITY directly caused the constitutional violations suffered

19   by Plaintiff, and is liable for the damages suffered by Plaintiff as a result of the conduct of the

20   individual defendants herein.  The conduct of the individual defendants was a direct consequence

21   of policies and practices of Defendant COUNTY OF TRINITY.

22   46.    At all times relevant to this complaint, Defendant COUNTY OF TRINITY, had in effect

23   policies, practices, customs, and usages that:

24         a.    condoned and fostered the unconstitutional conduct of the individual defendants,

25               and were a direct and proximate cause of the damages and injuries complained of

26               herein.

27

28

*Ronald Evan's Complaint for Civil Rights Violations*
6

1         b.     encouraged and/or tacitly sanctioned the violation of individuals' following

2               constitutional rights:

3               i.     To be free from unreasonable seizures from his person and effects,

4                     contrary to orders of the superior court with proper jurisdiction,

5                     adjudicating his rights to possess the things seized.

6               ii.    To be free of deprivation of property without due process of law, afforded

7                     by orders of the superior court with proper jurisdiction, in violation of the

8                     Fifth Amendment to the United States Constitution, as incorporated and

9                     enforced against states under the Fourteenth Amendment to the United

10                    States Constitution;

11              iii.   To be free of governmental taking of property without compensation, in

12                    violation of the takings clause of the Fifth Amendment of the United

13                    States Constitution, as incorporated and enforced against states under the

14                    Fourteenth Amendment to the United States Constitution; and

15              iv.    To be free of deprivation of property without due process of law, as

16                    independently required by the Fourteenth Amendment of the United States

17                    Constitution.

18  47.     Defendant TRINITY COUNTY, took no steps to appropriately discipline, remediate,

19  counsel, retrain or terminate the employment of, or otherwise correct the officers and employees

20  with regard to the safe and appropriate use of law enforcement procedures regarding return of an

21  individual's property. As a result, said Defendants, under color of law, approved or ratified such

22  conduct, and maintained the custom and practice of deliberate indifference to unjustified,

23  unreasonable and illegal deprivation of constitutional rights and other forms of unconstitutional

24  conduct.

25  48.     Specifically, Defendant TRINITY COUNTY, has a policy of refusing to return marijuana

26  to its lawful owner.

27

*Ronald Evan's Complaint for Civil Rights Violations*

28                                                    7

49.     Upon information and belief, Defendant TRINITY COUNTY, through the TRINITY COUNTY SHERIFF'S DEPARTMENT, and the individual defendants, planned and implemented a policy, practice, custom and usage of violating individuals' constitutional rights prohibiting deprivation of property without due process of law.  Said Defendants consciously disregarded the illegality and unconstitutionality of said activities.

50.     As a result of the individual defendants' actions, and each of them, the plaintiff was also denied treatment of a serious illness. In causing deprivation of treatment, defendants cruelly subjected defendant to harm in a manner that was malicious, oppressive or in reckless disregard of the plaintiff's rights.

51.     Defendants actions, and each of them, exhibited unnecessary harshness or severity, by misusing or abusing authority or power and by taking advantage of the disability and misfortune of the plaintiff.

52.     As a direct and proximate result of the actions or omissions systematic flaws, policies and customs of said Defendants and the implementation of those polices through the individual defendants herein,  Plaintiff was injured as a result of the above explained conduct in violation of his civil rights, causing him the damages set forth above.

## G. Demand for Jury Trial

53.     The plaintiff in the above-entitled action requests a trial by jury as provided by Amendment VII of the United States Constitution and by Rule 38 of the Federal Rules of Civil Procedure.

## H. Prayer

54.     WHEREFORE, plaintiff requests judgment as follows:

      i.     That defendant(s), and each of them, be required to pay to plaintiffs compensatory damages of $64,000.00;

1    ii.   That defendant(s), and each of them, be required to pay to plaintiff damages for
2          pain and suffering, emotional distress, and humiliation;

3    iii.  That defendant(s), and each of them, be required to pay to plaintiff exemplary and
4          punitive damages in a sum the court determines to be fair and just;

5    iv.   That defendant(s), and each of them, be required to pay to plaintiff the cost of suit
6          herein incurred; and

7    v.    That defendant(s), and each of them, be required to pay to plaintiff attorney's fees
8          pursuant to Section 1988(b) of Title 42 of the United States Code;

9    vi.   That plaintiff have such other and further relief as the court may deem proper.

10

11

12   Dated: January 8, 2017

13   Respectfully submitted,

14

15

16   The Law Offices of Berg & Associates, Inc.
     Samuel C. Williams, of counsel
17   Attorney for Plaintiff, Ronald Evans

18

19

20

21

22

23

24

25

26

27
                           *Ronald Evan's Complaint for Civil Rights Violations*
28                                              9

**EXHIBIT A**

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF TRINITY

( X ) Weaverville Branch
11 Court Street, P.O. Box 1258
Weaverville, CA 96093
(530) 623-1208

( ) Hayfork / Southern Trinity
Hayfork Substation
Hayfork, CA 96041
(530) 628-5240

**Nature of Proceedings** CHANGE OF PLEA

People of the State of California vs. EVANS, Ronald Eugene (P / AB / 977 / IC) Date: 1/24/17
Defense Counsel: ~~Bueje~~ Riske (P/ AB) DDA: Heryford/Marshall/Hurley/Murray Case No: 14F239A
Probation Officer: _____ (P/ AB) CT Reporter: Roberson/ Smith Bailiff: Pedrotti/Robles/Hurlburt/_____
( X ) Judge Elizabeth W. Johnson ( ) Judge Michael B. Harper ( ) Visiting Judge_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ARRAIGNMENT**
( ) Defendant arraigned, advised of charges and constitutional rights.
( ) Complaint deemed the Information ( ) Def ordered to make and keep appt with Atty
( ) PD Appt/Counsel retained: Olsen/L. Woods/Riske/Hannum/Other _____

**CUSTODIAL STATUS**
( ) **DEF REMANDED – Charge(s)** _____ ( ) **TIME SERVED/DEF RELEASED**
( ) **BAIL SET: $** _____ ( ) **BENCH WARRANT: Ordered $** _____ **Recalled / Stayed to** ____
( ) **REMAINS AT LIBERTY ON BOND** ( ) **Bond Exonerated** ( ) **Bond Forfeited**
( ) **Forfeiture Set Aside** ( ) **Bond Reinstated**

**WAIVERS**
( X ) Jury / Court Trial
( X ) Prelim Hearing / VOP Hearing
( X ) VMS Hearing / VPRCS Hearing
( X ) Waiver of Const. Rights
( X ) 977 Waiver (Personal App.)
( ) **DEF RELEASED OR W/COND**
( X ) Waiver of Extradition
( X ) Time 10/60/Sentencing _____
( X ) Arraignment & Adv. of Rights
( ) Attorney "Faretta-Lopez" Form

**PLEA**
( ) Not Guilty / Denial - **Charges:** _____
( X ) Guilty / Nolo Contendre / Admits / Held to Answer / Adjudged Guilty  Count 3 VC 14601.1(a)
( X ) Counts 1 2 _____ Reduced / Dismissed / Dismissed w/Harvey / Discharged

**CASE DISPOSITION**
( ) CASE *DISMISSED* ( ) VOP PET. ( ) VMS PET. ( ) VPRCS PET. ( ) PAROLE VIOL. PET. is *STAYED / DISMISSED*
( X ) SUMMARY / FORMAL. Probation for ___ ( 24 )36 / 60 mo ( ) REPORT TO AODS/PROB NLT 5:00 P.M. ON ____
( ) REFERRED to Probation for: REPORT (Sent; Prop 36; AODS; OR Release) REPORT TO COLLECTIONS NLT ____
( ) PROBATION – ( ) REV / REINST ( ) MODIFIED ( ) TERM. SUCCESSFUL / UNSUCCESSFUL ( )EXT TO ____
( X ) Fines: Ct 3 :$ 950 Ct ___:$ ____ Ct ___ :$ ____ (# ) Crim Conv Assmt ($30 / $35 (# ) Court Oper Assmt $40
(# ) EMAT Fee $4 ( X )$ ____ ( ) State Rest Fine ($150 /) $300 ( ) Prob. Viol. Rest Fine ($150 / $300 (Stayed)
( ) Public Def. Hours ( Waive ) ( X ) Jail Fees $20 a Day ( X ) Booking Fee: $121 ( ) Victim Restitution $ ____
( ) Def. ordered to serve jail time of 0 ( 12 )days) _____ hours. Credit for time served 1 ac + 0 cc = 12 total
( ) ____ days jail time STAYED until _____ ( ) Complete / Commence sentence NLT _____
( ) Report to Jail to SCHD TIME / BOOK ON CHARGES no later than 5:00 p.m. on _____ today ( ) Weekends O.K.
( ) CDL Restricted /Suspended for ___days/months/yrs: DUI School ( ) 1st Offender Prog. ( ) SB38 Prog. ( ) 12hr Ed. Prog.
( ) Re-referred to DUI School and enroll no later than _____ ( ) Diversion / DA Probation GRANTED for ____
( ) Install IID (VC23575)( ) Comm. Serv. Work _____ Hrs/Days NLT _____ ( ) $55 CSW FEE( ) Date(s) Vacated_____
( X ) Attorney(s) with *Conflict* ( *Relieved* ) Olsen/L. Woods/Riske/Hannum / _____ Proof Traffic Sch NLT ___/___/___
( ) Misd Plea _____ ( ) FIREARM PROHIBITION PACKET ( ) FORMAL MINUTES TO FOLLOW
10 pounds of Marijuana to be returned to the defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| **YOU ARE ORDERED TO APPEAR:** | ( ) **Department 1** | ( ) **Department 2** | ( ) **Hayfork Court** |
|---|---|---|---|
| on___/___/___ at _____am/pm ___ | Counsel may appear for you | **Jury Trial / PX / VOP Hearing / Court Trial** Setting / VOP Setting / FP on Stayed VOP | |
| on___/___/___ at _____am/pm ___ | Need not appear unless notified | **Pretrial / Pre-Prelim / Read. Conf. / BW Stay** Sent / VOP Sent / App. of Counsel / Proof Enrolled | |
| on___/___/___ at _____am/pm ___ | Need not appear if all payments made | **Pre-Pretrial/ CSW / Rest. / Bail / Fine Review** Change of Plea / Entry of Plea /VOP EOP | |
| on___/___/___ at _____am/pm ___ | Need not appear if proof in file | **Dismissal / Diversion / Prob Compl Review** | |
| | Ordered present(977-not waived) | Arraignment / Prop 36 Review / Dom Viol. CT | |
| on___/___/___ at _____am/pm ___ | **VMS / VPRCS/PAROLE VIOL. –** Setting / Read. Conf / Hearing / Sentencing | | |

( ) AFF REQ ( ) TIME EST FOR TRIAL/PX:____HRS/DAYS:VOP/VMS/VPRCS/Viol of PAROLE/CASE Trailing #_____
I certify that the foregoing constitutes the judgment/order rendered _____ ( ) Other _____
K. Hymas _____ / L. Haney _____ / R. Williams _____ / M. H. Richer _____ / M. Watkins _____ / Other_____ DEPUTY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I promise to pay the fine imposed on or before the due date(s) as provided above. I understand that willful violation of my p... se to pay the fine is a *misdemeanor.*
I am being **RELEASED O.R.** or **BAIL BOND** and agree that: (a) I will appear at all times and places as ordered by the Court releasing me and as ordered by any Court in which the charge is subsequently pending, (b) If I fail to so appear and I am apprehended outside the State of California, I waive extradition. (c) I understand that FAILURE TO APPEAR CONSTITUTES A SEPARATE AND NEW MISDEMEANOR (6 mo. jail / $1000 fine) FELONY (3 year prison term / $1000).
Date: _____ Signature of Defendant _____

REVISED: 4/13/16  **WHITE-COURT** GREEN-DEFENDANT YELLOW-D.A. PINK-JAIL **GOLD-PROBATION/COUNSEL** **(FORM: NSC-01)**